Frank HOWARD, Appellant,

v.

Sergeant BOHANNAN, et al.,
Respondents.

No. WD 39593.

Missouri Court of Appeals,
Western District.

Jan. 26, 1988.

Frank Howard, pro se.

William L. Webster, Atty. Gen., Jon A. Kaltenbronn, Asst. Atty. Gen., Jefferson City, for respondents.

Before GAITAN, P.J., and
TURNAGE and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from dismissal of civil action for failure to state a claim upon which relief could be granted.

Affirmed. Rule 84.16(b).